612 A.2d 1354

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Carl MORRIS, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 2, 1992.

## ORDER

PER CURIAM.

The Application for Reconsideration is granted.

The Per Curiam Order denying the Petition for Allowance of Appeal is vacated, and the Petition for Allowance of Appeal is granted.

The order of Superior Court affirming the Judgment of Sentence is vacated.

The case is remanded to Superior Court for reconsideration in light of *Commonwealth v. Roxberry*, 529 Pa. 160, 602 A.2d 826 (1992).